```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00411
   FEMI M ADEAGBO
   CINDY M FULLILOVE ADEAGBO                    CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1418    SSN XXX-XX-8679

-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 01/09/2008 and was confirmed 05/08/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  14.00%.

     The case was dismissed after confirmation 02/12/2009.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
ASSET ACCEPTANCE CORP      UNSECURED          113.38           .00            .00
COLLEGIATE FUNDING SER     UNSECURED        NOT FILED          .00            .00
US DEPT OF ED              UNSECURED        57118.69           .00            .00
LOUIS A WEISS MEMORIAL H   UNSECURED        NOT FILED          .00            .00
LOYOLA UNIVERSITY CHICAG   UNSECURED        NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED          .00            .00
RCN CABLE                  UNSECURED        NOT FILED          .00            .00
TEXAS GUARANTEED STUDENT   UNSECURED        91526.69           .00            .00
TEXAS GUARANTEED STUDENT   NOTICE ONLY      NOT FILED          .00            .00
THD/CBSD                   UNSECURED        NOT FILED          .00            .00
MIDWEST VERIZON WIRELESS   UNSECURED          369.52           .00            .00
LENA REIR                  NOTICE ONLY      NOT FILED          .00            .00
THE CIT GROUP/CONSUMER F   CURRENT MORTG        .00            .00       28600.00
THE CIT GROUP/CONSUMER F   MORTGAGE ARRE   17954.85            .00         760.25
CHASE AUTO FINANCE         SECURED NOT I    1135.35            .00        1135.35
CHASE AUTO FINANCE         UNSECURED        NOT FILED          .00            .00
NATIONWIDE ACCEPTANCE~     SECURED NOT I        .00            .00            .00
NATIONWIDE ACCEPTANCE~     UNSECURED        NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1389.15           .00            .00
B-REAL LLC                 UNSECURED         5406.60           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         5711.62           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          804.14           .00            .00
SELECT LEGAL PC            DEBTOR ATTY      2,000.00                     2,000.00
TOM VAUGHN                 TRUSTEE                                       2,754.40
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                35,250.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 00411 FEMI M ADEAGBO & CINDY M FULLILOVE ADEAGBO
```

```
PRIORITY                                                              .00
SECURED                                                         30,495.60
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,000.00
TRUSTEE COMPENSATION                                             2,754.40
DEBTOR REFUND                                                         .00
                                         ---------------    ---------------
TOTALS                                         35,250.00          35,250.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
Dated: 03/11/09                  /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```